**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CARLOS ALEXANDER SOLANO IZAGUIRRE,
Petitioner,

v.

MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-05807-MBK

JUDGMENT

Pursuant to the Order Granting Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: October 19, 2026

/s/

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE